IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01764-WDN-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1993 MERCEDES BENZ 400 SL,
$4,149.25 IN UNITED STATES CURRENCY,

    Defendants.

## ORDER ON MOTION TO SET ASIDE DEFAULT JUDGMENT

This matter is before me on an answer to entry of default, which I construe as a motion to amend pursuant to Fed. R. Civ. P. 55(c). For the reasons that follow, this motion will be denied.

This is an *in rem* action commenced by the United States pursuant to 21 U.S.C. § 881, seeking forfeiture of the above named property which was used in connection with illegal drug trafficking. Default was entered by the Clerk of the Court on January 31, 2006; and on February 1, 2006, I entered default judgment against the property.

Then, on February 7, 2006, an answer to entry of default was filed by attorney Al Cabral (Cabral).[1] I construe this to be a motion to set aside default pursuant to Fed. R.

---

[1] Cabral filed this document on behalf of "Defendant." However, since this is an *in rem* action, the defendants are technically a car and some currency. Still, it seems quite likely that Mr. Cabral intended to file this motion on behalf of Luis Quintero-Peralta — the defendwant in the criminal action that let to this forfeiture action. However, for simplicity's sake, I will refer to this document as Cabral's motion.

Civ. P. 55(c).  Where, as here, default judgment has been entered, Rule 55(c) provides for Rule 60(b) standards to govern. In this case, Cabral's motion merely asserts that he represents an interested party who is making a claim to the property in this case.  He does not argue any of the Rule 60(b) grounds, and he asserts no facts indicating that any of these grounds would apply.

    Accordingly, it is ordered:

1. The answer to entry of default, filed February 7, 2006 (Docket No. 16), which I construe as a motion to set aside default, is denied.
2. The hearing scheduled on September 1, 2006, is vacated.

    DATED at Denver, Colorado, on August 25, 2006.

    BY THE COURT:

    s/ Walker D. Miller  
    United States District Judge

PDF FINAL